UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLIFFORD CLARK | No: 2:23-cr-10-JDL |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Felon in Possession of Ammunition)

On about July 7, 2022, in the District of Maine, the defendant,

**CLIFFORD CLARK**

knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely, Theft by Unauthorized Taking or Transfer on November 17, 2011, in Aroostook County Superior Court, Caribou, Maine, Docket No. CARSC-CR-2011-00299 and Operate After Habitual Offender Revocation 2 Prior, on January 28, 2015 in Knox County Superior Court, Rockland, ME, Docket No. ROCSC-CR-2014-00287, knowingly possessed one or more rounds of ammunition, specifically, 10 .9 mm rounds and 38 7.62 mm rounds.

Thus, the defendant violated Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section (922(g)(1), set forth in Count 1 of this Indictment, the defendant,

**CLIFFORD CLARK**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. 14 rounds of .45 mm ammunition
   b. 12 rounds of .9 mm ammunition
   c. 5 rounds of .38 mm ammunition; and
   d. 38 rounds of 7.62 mm ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;
      a. has been transferred or sold to, or deposited with, a third party;
      b. has been placed beyond the jurisdiction of the Court;
      c. has been substantially diminished in value; or
      d. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek

forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

_____
Assistant United States Attorney
Signature Redacted – Original on file with the Clerk's Office

Date: FEBRUARY 1, 2023